GENOVESE; J.,
concurs in the result and assigns reasons.
hi concur with the majority’s remand only to the extent of having the Office of Worker’s Compensation determine whether the out-of-state pharmacy services were not available in Louisiana or whether the out-of-state pharmacy can provide services for comparable costs to those of a Louisiana pharmacy. In all other respects, and particularly with respect to the issue of choice of pharmacy in a worker’s compensation case, I maintain the position which I previously articulated in my dissent in Burgess v. Sewerage & Water Board of New Orleans, 16-2267 (La. 6/29/17), 225 So.3d 1020, 2017 WL 2836062, that the choice of pharmacy does not necessarily rest with the employer.